UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANI GILLINS,<br>    Petitioner, | :<br>:<br>: |
| v. | :    No. 21-cv-2591<br>: |
| JESSICA KEITH, *et al.,*<br>    Respondents. | :<br>: |

# O R D E R

**AND NOW** this 4th day of October, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court shall **CLOSE** this matter.

3. There is no basis for a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge